

FILED
FEB 23 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:    (949) 486-1889
Email: r.n@azimynathan.com
       e.a@azimynathan.com
Attorneys of Record for Plaintiff, Mattie Johnson

Hilary B. Millar, Esq.
112 Parsonage Road
Greenwich, Connecticut 06830-3942
(203) 399-1320 Voice, (914) 206-3727 Fax
Attorney for Defendant, Monetary Management of California, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>MONETARY MANAGEMENT OF CALIFORNIA, INC. dba MONEY MART; GEORGE G. JONES; SALLY R. ETUX and Does 1 through 10, inclusive.<br><br>Defendants. | Case No.: 2:06-CV-00231-DFL KJM<br><br>STIPULATION OF DISMISSAL AS TO DEFENDANT, MONETARY MANAGEMENT OF CALIFORNIA, INC. AND ORDER THEREON |

- 1 -

1    IT IS HEREBY STIPULATED AND AGREED, by and between the
2  undersigned counsel, that all claims and counterclaims of Plaintiff, on the one
3  hand, and Defendant, Monetary Management of California, Inc., on the other hand,
4  that were or could have been asserted herein be, and the same hereby are, settled
5  and dismissed without prejudice and without costs to either of such parties.
6  Nothing contained in this stipulation shall be deemed to affect the claims of
7  Plaintiff as against any other Defendant.
8
9  DATED: February 16, 2006                    **AZIMY & NATHAN, LLP**
10
11
12                                     By: /s/ Reuben D. Nathan, Esq.
13                                         Reuben D. Nathan, Esq.
                                           Attorneys for Plaintiff,
14                                         Mattie Johnson
15
16
17  DATED: February 16, 2006    **LAW OFFICES OF HILARY B. MILLER**
18
19
20                          By: /s/ Hilary B. Miller, Esq. as authorized on February 16, 2006
                                Hilary B. Miller, Esq.
21                              Attorney for Defendant,
22                              Monetary Management of California,
                                Inc.
23
24
25
26
27
28

-2-

**STIPULATION OF DISMISSAL AS TO DEFEDANT, MONETARY
MANAGEMENT OF CALIFORNIA, INC. AND ORDER THEREON**

## ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that Defendant, Monetary Management of California, Inc. is dismissed, without prejudice and without costs to either party.

Dated: __2/22__, 2006

_____
United States District Court Judge

- 3 -

STIPULATION OF DISMISSAL AS TO DEFEDANT, MONETARY
MANAGEMENT OF CALIFORNIA, INC. AND ORDER THEREON