Reuben D. Nathan, Esq.. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone:  (949) 486-1888
Fax:      (949) 486-1889

(THIS SPACE FOR FILING STAMP)

Attorneys of Record for Plaintiff, Mattie Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MONETARY MANAGEMENT OF CALIFORNIA, INC. dba MONEY MART; GEORGE G. JONES; SALLY R. ETUX and Does 1 through 10, inclusive.<br><br>　　　　　　　Defendants. | Case No.: CIV.S-06-231 DFL KJM<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a) or (c)** |

　　PLEASE TAKE NOTICE THAT Plaintiff dismisses all Defendants and the Complaint in its entirety, without prejudice, each party to bear its own attorneys' fees and costs of suit.

DATED: April 3, 2006                              **AZIMY & NATHAN, LLP**

              **BY:** /s/ Reuben D. Nathan, Esq.
                 Reuben D. Nathan, Esq.
                 Attorney for Plaintiff, Joseph
                 Abdullah

## ORDER

Plaintiff's Complaint and all Defendants thereto are dismissed, without prejudice, each party to bear its own attorneys' fees and costs of suit.

Dated: April 6, 2006       /s/ David F. Levi
                United States District Court Judge